CINCINNATI BAR ASSOCIATION *v.* GROTE.

[Cite as *Cincinnati Bar Assn. v. Grote* (1991), 61 Ohio St.3d 1203.]

(No. 89–2164—Submitted and Decided July 16, 1991.)

For earlier case, see *Cincinnati Bar Assn. v. Grote* (1990), 50 Ohio St.3d 156, 553 N.E.2d 657.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

IN RE RESIGNATION OF JOHNSON.

[Cite as *In re Resignation of Johnson* (1991), 61 Ohio St.3d 1203.]

(No. 91–1277—Submitted July 17, 1991—Decided July 24, 1991.)

The resignation of Barbara Lynn Johnson as an attorney, Registration No. 0030533, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.